# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 5:17-po-00324 JLT |
|---|---|
| Plaintiff, | ) FINDINGS THAT DEFEDNANT FAILED TO APPEAR IN COURT AS ORDERED AND ORDER DIRECTING A DMV ABSTRACT TO ISSUE |
| v. | |
| ANDREA M. COOLEY, | |
| Defendant. | |

The trial in this matter was set to occur on March 23, 2018. However, at the appointed time, the defendant was not present. Therefore, the Court **FINDS**:

1. The date for trial was selected at the defendant's request. (Doc. 6) The Clerk of the Court provided the defendant both oral notice of the hearing and a written notice. Id. Despite this, the defendant failed to appear for her trial. Thus, the defendant was given proper notice of the trial;

2. The Court has reviewed the statement of probable cause issued with the citation and finds there is probable cause to support the citation.

///
///
///
///
///

1

Based upon these findings, the Court **ORDERS**:

1. A California Department of Motor Vehicles abstract **SHALL** be issued as to the defendant's driver's license.

IT IS SO ORDERED.

Dated: **April 5, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE